# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHC INVESTMENTS, LLC, | § | |
| | § | No. 146, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | |
| v. | § | |
| | § | |
| FIRSTSUN CAPITAL BANCORP, | § | C.A. No. 2018-0353 |
| WILLIAM D. SANDERS, | § | |
| WILLIAM P. SANDERS, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: October 28, 2020
Decided: November 10, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

This 10th day of November 2020, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its March 23, 2020 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice